No. 94–6224. KLEINBART *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–6225. LOCKLEAR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6233. SIMMONS *v.* MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 94–6235. CROMLISH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6236. COLBURN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6237. TORRES VELASQUEZ ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6243. ESCOBAR-URREGO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6245. FITZGERALD ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–6246. GUTIERREZ-CALLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–6248. GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6253. HARRIS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6256. HERNANDEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6262. COMPTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–6269. HOUCK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–6275. DAGO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–6277. MESA-CELIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.